IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

OSBORNE PARNELL BENNETT, JR.,    )
                                 )
          Plaintiff,             )
                                 )
    v.                           )        1:25-cv-703
                                 )
BRANDON CROWE, OFFICER LAMBERT,  )
KANNAPOLIS POLICE DEPARTMENT,    )
C.A. LITTLE, OFFICER WEAVER,     )
OFFICER BILES, BAKER, LT         )
FISHER, SGT. BRIDGES and         )
SGT SMITH,                       )
                                 )
          Defendants.            )

<u>**ORDER**</u>

On September 18, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a <u>de</u> <u>novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered

contemporaneously with this Order.

This the 19th day of March, 2026.

_____
United States District Judge

- 2 -